

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00173-CR

| | | |
|---|---|---|
| RAVEN FAYE THIEBAUD, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13249) |
| V. | § | February 28, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment, the incorporated order to withdraw funds, and the bill of costs are modified to delete the $15 filing fee for the State's motion to revoke probation. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM